UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&B ASPHALT, INC., | No.  2:15-01387-KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| YERBA BUENA ENGINEERING & CONSTRUCTION, INC. et al., | |
| Defendants. | |

Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judgce." *See* 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. L.R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Magistrate Judge Kendall J. Newman.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. 2:15-01387 KJN.  All currently scheduled dates presently set before Judge Mueller are hereby VACATED.

IT IS SO ORDERED.

DATED: February 2, 2016

                                                UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: February 3, 2016

                                                KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE