**PORTER LAW GROUP, INC.**
William L. Porter [133968]
bporter@porterlaw.com
Brittany Rupley-Haefele [276208]
brupley@porterlaw.com
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Plaintiff
B&B ASPHALT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### [Sacramento Division]

—ooOoo—

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of B&B ASPHALT, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC. a California corporation; LIBERTY INSURANCE COMPANY, a Massachusetts corporation<br><br>Defendants. | CASE NO. 2:15-CV-01387 KJN<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>**JUDGE: Hon. Kendall J. Newman** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP41(a)(1).

Dated: June 14, 2017

**PORTER LAW GROUP, INC.**

By: */s/ William L. Porter*
William L. Porter
Attorneys for Plaintiff
B&B Asphalt, Inc.

- 1 -

Stipulation of Dismissal of Action

Dated: 6/14/17

**MISCONE EMBLIDGE & OTIS LLP**

By: /s/ *Kris A. Cox*
    Kris A. Cox
    Attorney for Yerba Buena
    Engineering & Construction, Inc.
    and Liberty Insurance Company

**ORDER**

Good cause appearing, the court dismissed the entire action <u>B&B Asphalt, Inc. v. Yerba Buena Engineering & Construction, Inc. Liberty Insurance Company</u>, case No. 2:15-cv-1387 KJN.

IT IS SO ORDERED.

**Dated: June 19, 2017**

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE